FILED

2019 NOV 13  PM 2:49

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-544-T-30-TGW
46 U.S.C. §§ 70503(a), 70506

MIGUEL GUERRA,
PEDRO VILLARROEL LUNAR,
WILLIAMS ROJAS,
ELEAZAR LUGO SANCHEZ,
LUIS SALAZAR,
ALBERTO MENDOZA,
NELSON SUAREZ,
MARIO SERRANO,
DOUGLAS RODRIGUEZ,
EDGAR ORDAZ,
TONY SALAZAR SALAZAR,
RAFAEL QUIJADA,
GUSTAVO JAUREGUI, and
CUCLICLES JAUREGUI

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about November 6, 2019, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

MIGUEL GUERRA,
PEDRO VILLARROEL LUNAR,
WILLIAMS ROJAS,
ELEAZAR LUGO SANCHEZ,
LUIS SALAZAR,
ALBERTO MENDOZA,

> NELSON SUAREZ,
> MARIO SERRANO,
> DOUGLAS RODRIGUEZ,
> EDGAR ORDAZ,
> TONY SALAZAR SALAZAR,
> RAFAEL QUIJADA,
> GUSTAVO JAUREGUI, and
> CUCLICLES JAUREGUI,

did knowingly and willfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about November 6, 2019, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

> MIGUEL GUERRA,
> PEDRO VILLARROEL LUNAR,
> WILLIAMS ROJAS,
> ELEAZAR LUGO SANCHEZ,
> LUIS SALAZAR,
> ALBERTO MENDOZA,
> NELSON SUAREZ,
> MARIO SERRANO,
> DOUGLAS RODRIGUEZ,
> EDGAR ORDAZ,

TONY SALAZAR SALAZAR,
RAFAEL QUIJADA,
GUSTAVO JAUREGUI, and
CUCLICLES JAUREGUI,

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. § 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 881, 46 U.S.C, § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two, in violation of 46 U.S.C. § 70503, the defendants,

MIGUEL GUERRA,
PEDRO VILLARROEL LUNAR,
WILLIAMS ROJAS,
ELEAZAR LUGO SANCHEZ,
LUIS SALAZAR,
ALBERTO MENDOZA,
NELSON SUAREZ,
MARIO SERRANO,
DOUGLAS RODRIGUEZ,
EDGAR ORDAZ,

TONY SALAZAR SALAZAR,
RAFAEL QUIJADA,
GUSTAVO JAUREGUI, and
CUCLICLES JAUREGUI,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a), including, but not limited to:

    a. Property furnished or intended to be furnished in exchange for a controlled substance;

    b. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    c. All moneys and conveyances used or intended to be used to commit, or to facilitate, the commission of the alleged offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

           A TRUE BILL,

           *Mary K. Kiernan*
           Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *Kaitlin R. O'Donnell*
   Kaitlin R. O'Donnell
   Assistant United States Attorney

By: *Joseph K. Ruddy*
   Joseph K. Ruddy
   Assistant United States Attorney
   Chief, Transnational Organized Crime Section

FORM OBD-34
November 19

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL GUERRA,
PEDRO VILLARROEL LUNAR,
WILLIAMS ROJAS,
ELEAZAR LUGO SANCHEZ,
LUIS SALAZAR,
ALBERTO MENDOZA,
NELSON SUAREZ,
MARIO SERRANO,
DOUGLAS RODRIGUEZ,
EDGAR ORDAZ,
TONY SALAZAR SALAZAR,
RAFAEL QUIJADA,
GUSTAVO JAUREGUI, and
CUCICLES JAUREGUI

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_Mary K. Kiernan_
Foreperson

Filed in open court this 13th day of November 2019.

_____
Clerk

Bail $_____

GPO 863 525